IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RONNY GARCIA,

       Plaintiff,

v.                                            CIV 07-0631 WJ/KBM

CAPTAIN TONY SANDERS,
LIEUTENANT DANIEL BLANCO,
CORRECTIONAL OFFICER MICHAEL K. WEISTER,
SERGEANT WILLIAM D. EDGMAN,
LIEUTENANT JONATHEN SAVAGE, and
DISCIPLINARY OFFICER JAMES LUJAN,

       Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on August 20, 2008. The proposed findings notify Petitioner of his ability to file objections and that failure to do so waives appellate review. To-date, Petitioner has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED** that this § 1983 action be dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE